WILLIAM C. TAYLOR, Respondent, *v.* CASSIUS B. THOMAS et al., Appellants.

*Taylor* v. *Thomas,* 124 App. Div. 53, affirmed.
(Argued May 12, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon the decision of the court at a Trial Term without a jury in an action to recover damages alleged to have been sustained through the deceit. of the defendants.

*Nash Rockwood* for appellants.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs, on opinion of COCHRANE, J., in Appellate Division.

Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: CULLEN, Ch. J.